IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE CLERMONT PROPERTY FINANCE
TRUST, A FLORIDA LAND TRUST DATED
MARCH 10TH 2015, UNDER F.S. 689.071,
WITH HUGO N. GERSTL AS TRUSTEE,
EMPOWERED TO BY SELL, ENCUMBER AND
MANAGE REAL PROPERTY,

   Appellant,

 v.
            Case No.  5D20-2468
            LT Case No. 2015-CA-1655

DLJ MORTGAGE CAPITAL, INC., GRACIELA
VIRGINIA MONTERO, TRUSTEE OF THE 1605
SILHOUETTE DR TRUST, DATE MARCH 10TH,
2015, ANNETTE B, CALABRARO, ANTHONY
S. CALABRARO, ET AL,

   Appellees.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Lake County,
Dan R. Mosley, Judge.

Rafael F. Garcia, of Ralph F. Garcia,
PLLC, Orange City, for Appellant.

Jacqueline Simms-Petredis, and
Adam J. Knight, of Burr & Forman

LLP, Tampa, for Appellee, DLJ
Mortgage Capital, Inc..

No Appearance for other Appellees.


PER CURIAM.

AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.